**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIAN K. JENSEN,**<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>**VIRGIN ATLANTIC** *et al.***,**<br><br>　　　　Defendant(s). | Case No.: 12-CV-06227 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On June 21, 2012, Plaintiff Christian K. Jensen filed this action in the San Francisco Superior Court. Defendant Virgin Atlantic removed the action to this Court on or about December 7, 2012. Defendant has filed a Motion to Dismiss (Dkt. No. 7) and noticed the hearing for January 29, 2013. Plaintiff's opposition was due on or about December 31, 2012. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion to Dismiss. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than February 8, 2013.</u> <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u>

Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of January 29, 2013 is hereby **CONTINUED** to February 26, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**