**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIAN K. JENSEN,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**VIRGIN ATLANTIC** *et al.*,<br><br>  Defendant(s). | Case No.: 12-CV-06227 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS; AND SETTING HEARING ON MOTION TO REMAND** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Defendant's Motion to Dismiss is **CONTINUED** from February 26, 2013 to **Tuesday, March 19, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

Additionally, the Court **SETS** a hearing on Plaintiff's Motion to Remand (Dkt. No. 18) also for **Tuesday, March 19, 2013** at **2:00 p.m.**

**IT IS SO ORDERED.**

Date: February 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**