United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIAN K. JENSEN,** | **Case No.: 12-CV-06227 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| **vs.** | |
| **VIRGIN ATLANTIC** *et al.*, | |
| **Defendant(s).** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from March 18, 2013 to **Monday, May 13, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

IT IS SO ORDERED.

Date: March 12, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE