**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTIAN K. JENSEN,**<br>    **Plaintiff,**<br>    vs.<br>**VIRGIN ATLANTIC *et al.*,**<br>    **Defendant(s).** | Case No.: 12-CV-06227 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from March 18, 2013 to **Monday, May 13, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: March 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**